NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED AUTOMOBILE WORKERS LOCAL 259 SOCIAL SECURITY DEPARTMENT, et al., | Civil Action No. 13-1974 (FSH) |
| Plaintiffs, | |
| v. | **ORDER** |
| MASSAPEQUA IMPORTS LTD. (d/b/a LEXUS OF ROCKVILLE CENTRE), et al., | September 5, 2013 |
| Defendants. | |

This matter coming before this Court upon Magistrate Judge Hammer's August 14, 2013 Report and Recommendation recommending that "the Motion to Stay and Compel Arbitration should be denied;" and

it appearing that no party has filed an objection to the Report and Recommendation and that more than 14 days have passed, *see* L. Civ. R. 72.1(c)(2); and

this Court having reviewed *de novo* the Report and Recommendation, and good cause appearing;

 **IT IS** on this 5th day of September, 2013,

**ORDERED** that Magistrate Judge Hammer's August 14, 2013 Report and Recommendation is **ADOPTED** as the Opinion of this Court; and it is further

**ORDERED** that Defendants' Motion to Stay and Compel Arbitration is **DENIED**.

s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.